### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>   Defendants. | Case No. 1:16-cv-11057 |

### CHRISTOPHER BANDAS AND THE BANDAS LAW FIRM PC'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

  NOW COMES Defendants, Christopher Bandas and The Bandas Law Firm PC (collectively, the "Bandas Defendants"), and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move the Court in good faith for an Order extending the time to file an answer or other responsive pleading or motion to the complaint filed in this matter. In support thereof, the Bandas Defendants state as follows:

  1. The complaint in this matter was filed on December 5, 2016.

  2. The summons was issued on December 6, 2016.

  3. The Bandas Defendants were served with the complaint and summons on December 7, 2016.

4. The Bandas Defendants' answer or other responsive pleading is due on or before December 28, 2016.

5. The Bandas Defendants intend to file a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

6. The complaint is nearly fifty pages long and asserts a class action lawsuit against the defendants for allegedly violating the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962.

7. The complaint also includes a claim asserted under the All Writs Act, 28 U.S.C. § 1651, and an abuse of process claim.

8. Due to the complexities involved with defending against a RICO claim, as well as the other legal theories asserted in this case, the Bandas Defendants and their counsel are in need of additional time to review the complaint and prepare an appropriate motion to dismiss.

9. The Bandas Defendants respectfully request that this Honorable Court extend the deadline to file an answer or other responsive pleading or motion to January 31, 2017.

10. The requested extension is sought in good faith and not for purposes of delay.

11. The requested extension will not prejudice any party to this proceeding.

WHEREFORE, the Bandas Defendants respectfully request the Court enter an Order extending the time to file an answer or other responsive pleading in this action to January 31, 2017.

    Respectfully submitted,

    CHRISTOPHER BANDAS AND THE
    BANDAS LAW FIRM PC

    By: /s/ Darren VanPuymbrouck
        One of Their Attorneys

Darren VanPuymbrouck
Alex Vesselinovitch
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
312-360-6000
dvan@freeborn.com

Dated:  December 19, 2016

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on December 19, 2016, I electronically filed the foregoing Motion for Extension of Time to File an Answer or Other Responsive Pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Eve-Lynn J. Rapp
Edelson PC
350 N. LaSalle Street, 13th Floor
Chicago, IL 60654
(312) 589-6370
erapp@edelson.com
Attorney for Plaintiff

/s/ Darren VanPuymbrouck