## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Edelson P.C.,

      Plaintiff,

           v.

The Bandas Law Firm P.C. et al.,

      Defendants.

Case No. 16 CV 11057

Judge Rebecca Pallmeyer

## MOTION TO DISMISS BY DEFENDANTS
## NOONAN PERILLO & THUT LTD. AND C. JEFFREY THUT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Jeffrey Thut and Noonan, Perillo & Thut Ltd. (hereinafter collectively referred to as "Thut") respectfully move to dismiss Plaintiff's Complaint against Thut with prejudice for the reasons described in the accompanying Memorandum of Law in Support of Thut's Motion to Dismiss the Complaint. As set forth in that memorandum, the Complaint fails to state a claim upon which relief may be granted for numerous reasons, including that: 1) the Complaint fails to allege a proper RICO enterprise; 2) it alleges only a single RICO predicate act; 3) it fails to make any factual allegations that Thut directed or managed the affairs of the alleged enterprise; 4) it fails to allege that Plaintiff was the direct victim of the racketeering; 5) it fails to state a claim under the All Writs Act; and 6) it fails to state an abuse of process claim.

For these reasons, Thut respectfully requests that the Court dismiss the Plaintiff's Complaint with prejudice.

Dated: January 20, 2017                           Respectfully Submitted,

/s/ Chris Gair
Chris Gair (ARDC # 6190781)
Kristi Nelson (ARDC # 6229943)
Thomas R. Heisler (ARDC # 6296712)

Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, I electronically filed and served the foregoing **MOTION TO DISMISS PLAINTIFF'S COMPLAINT** and the accompanying Memorandum of Law with the Clerk of Court using the CM/ECF system.


/s/ Chris Gair
Chris Gair