IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>    Defendants. | Case No. 1:16-cv-11057 |

**DEFENDANT GARY STEWART'S MOTION TO JOIN DEFENDANTS CHRISTOPHER BANDAS AND THE BANDAS LAW FIRM PC'S MOTION TO STAY DISCOVERY UNTIL DISPOSITION OF THEIR MOTION TO DISMISS**

NOW COMES Defendant Gary Stewart ("Mr. Stewart"), by and through counsel, and for his Motion to Join Christopher Bandas and the Bandas Law Firm PC's (hereinafter the "Bandas Defendants") Motion to Stay Discovery until Disposition of their Motion to Dismiss, states as follows:

  1.  On January 23, 2017, the Bandas Defendants filed their motion to stay discovery until disposition of their motion to dismiss, as well as their memorandum in support of said motion. [*See* Docket No. 26 and 27].

2. The Bandas Defendants argued in their motion that the Court should determine the threshold issue of federal jurisdiction before subjecting the parties to the undue and prejudicial expenses involved in discovery in this matter. [Docket No. 27 at pp. 4-5].

3. The arguments raised in the Bandas Defendants' motion to stay discovery equally apply towards justifying why the Court should stay discovery against Mr. Stewart in this matter.

4. In addition, Mr. Stewart has filed a motion to dismiss, which incorporates and adopts the arguments raised in the Bandas Defendants' memorandum in support of their motion to dismiss. Thus, the Court should stay discovery against both parties until ruling on said motion, since its disposition will equally affect both parties.

5. Mr. Stewart hereby adopts and joins in the arguments raised in the Bandas Defendant's Motion to Stay Discovery until Disposition of their Motion to Dismiss and their memorandum in support of said motion. [*See* Docket No. 26 and 27].

WHEREFORE, Defendant Mr. Stewart respectfully requests that this Honorable Court allow it to join in the Bandas Defendants' Motion to Stay Discovery until Disposition of their Motion to Dismiss.

    Respectfully submitted,

    GARY STEWART

    /s/ Darren M. VanPuymbrouck
    One of his attorneys

Darren VanPuymbrouck
Alexander Vesselinovitch
Matthew Connelly
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
312-360-6000
dvan@freeborn.com
avesselinovitch@freeborn.com
mconnelly@freeborn.com

Dated: January 31, 201

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2017, I caused the **Motion to Join** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Eve-Lynn J. Rapp
Benjamin Harris Richman
Rafey S. Balabanian
Edelson PC
350 N. LaSalle Street, 13th Floor
Chicago, IL 60654
(312) 589-6370
erapp@edelson.com
**Attorneys for Plaintiff**

Chris C. Gair
Kristi Lynn Nelson
Thomas R. Heisler
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive
Suite 2600
Chicago, IL 60601
312-600-4900
cgair@gairlawgroup.com
**Attorneys for Defendants Noonan Perillo & Thut Ltd. and C. Jeffery Thut**

/s/ Darren VanPuymbrouck