# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Edelson PC

                  Plaintiff,

v.                                          Case No.: 1:16–cv–11057
                                          Honorable Rebecca R. Pallmeyer

The Bandas Law Firm PC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 2/22/2017. Motion to stay [22, 26] is granted in part. Pending ruling on the motion to dismiss, discovery will be limited to Rule 16 disclosures. Plaintiff's motion for leave to file Amended Complaint [47] granted. Amended Complaint to be filed within fourteen (14) days. Status hearing set for 5/18/2017 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.