IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>        Defendants. | Case No. 1:16-cv-11057 |

**CHRISTOPHER BANDAS AND BANDAS LAW FIRM PC'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**

      NOW COMES Defendants, Christopher Bandas and Bandas Law Firm PC (collectively, the "Bandas Defendants"), and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move the Court in good faith for an Order extending the time to file an answer or other responsive pleading or motion to Plaintiff's first amended complaint filed in this matter. In support thereof, the Bandas Defendants state as follows:

      1.     The complaint in this matter was filed on December 5, 2016.

      2.     The original complaint asserted a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962, as well as the All Writs Act, 28 U.S.C. § 1651, and a state law abuse of process claim.

3. On January 25, 2017, the Bandas Defendants filed their motion to dismiss the complaint.

4. On February 22, 2017, the Court granted the Plaintiff's motion for extension of time to file an amended complaint.

5. On March 8, 2017, Plaintiff filed its First Amended Class Action Complaint and Demand for Jury Trial.

6. Plaintiff's first amended complaint is 88-pages long, and contains 262 allegations.

7. In addition to Plaintiff's RICO claim, All Writs Act, and abuse of process claims, Plaintiff's first amended complaint also asserts a conspiracy to commit RICO count under 18 U.S.C. § 1962(d), as well as a claim for the unauthorized practice of law.

8. Due to these additional allegations, the Bandas Defendants cannot simply reuse and recycle the arguments raised in their original motions to dismiss, but instead must conduct additional research into these new legal theories presented.

9. Due to the complexities involved with defending against this RICO claim, as well as the other claims asserted in this case, the Bandas Defendants and their counsel are in need of additional time to review the complaint and prepare an appropriate motion to dismiss.

10. On March 9, 2017, counsel for the Bandas Defendants contacted Plaintiff's counsel and informed them that the Bandas Defendants intended to file a motion seeking an extension of time to file their response to Plaintiff's first amended complaint.

11. Plaintiff's counsel responded on March 9, 2017, via e-mail that Plaintiff does not object to this request.

12. Under Federal Rule of Civil Procedure 15(a)(3), the Bandas Defendants currently have until March 22, 2017, to file their response to Plaintiff's first amended complaint.

13. The Bandas Defendants respectfully request that this Honorable Court extend the deadline to file an answer or other responsive pleading to April 10, 2017.

14. The requested extension is sought in good faith and not for purposes of delay.

15. The requested extension will not prejudice any party to this proceeding.

WHEREFORE, the Bandas Defendants respectfully request the Court enter an Order extending the time to file an answer or other responsive pleading to Plaintiff's first amended complaint to April 10, 2017.

    Respectfully submitted,

    CHRISTOPHER BANDAS and BANDAS LAW FIRM PC

    By: /s/ Darren VanPuymbrouck
        One of Their Attorneys

Darren M. VanPuymbrouck
Alexander S. Vesselinovitch
Matthew T. Connelly
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
312-360-6000
dvan@freeborn.com
avesselinovitch@freeborn.com
mconnelly@freeborn.com

Dated: March 10, 2017

## **CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on March 10, 2017, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Rafey S. Balabanian
Benjamin Harris Richman
Eve-Lynn J. Rapp
Edelson PC
350 N. LaSalle Street, 13th Floor
Chicago, IL 60654
(312) 589-6370
rbalabanian@edelson.com
brichman@edelson.com
erapp@edelson.com
*Attorneys for Plaintiff*

Chris C. Gair
Kristi Lynn Nelson
Thomas Reynolds Heisle
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive
Suite 2600
Chicago, IL 60601
312-600-4900
cgair@gairlawgroup.com
knelson@gairlawgroup.com
theisler@gairlawgroup.com

Joseph R. Marconi
Brian C. Langs
Victor J. Pioli
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312)372-0770
marconij@jbltd.com
langsb@jbltd.com
pioliv@jbltd.com
*Attorneys for Noonan Perillo & Thut Ltd. and C. Jeffrey Thut*

/s/ Darren VanPuymbrouck

-4-