# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>    Defendants. | Case No. 1:16-cv-11057 |

## NOTICE OF MOTION

Please take notice that on **Tuesday, March 14, 2017,** at **8:45 a.m.**, we will appear before the Honorable Rebecca R. Pallmeyer in Room 2141 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois 60606, and then and there present **Christopher Bandas and Bandas Law Firm PC's Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiff's First Amended Complaint.**

Dated: March 10, 2017

                                                                       Respectfully submitted,

                                                                       /s/ Darren M. VanPuymbrouck

                                                                       Darren M. VanPuymbrouck
                                                                       Alexander S. Vesselinovitch
                                                                       Matthew T. Connelly

Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
312-360-6000
dvan@freeborn.com
avesselinovitch@freeborn.com
mconnelly@freeborn.com

*Attorneys for Christopher Bandas and Bandas Law Firm PC*

# CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on March 10, 2017, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Rafey S. Balabanian
Benjamin Harris Richman
Eve-Lynn J. Rapp
Edelson PC
350 N. LaSalle Street, 13th Floor
Chicago, IL 60654
(312) 589-6370
rbalabanian@edelson.com
brichman@edelson.com
erapp@edelson.com
*Attorneys for Plaintiff*

Chris C. Gair
Kristi Lynn Nelson
Thomas Reynolds Heisle
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive
Suite 2600
Chicago, IL 60601
312-600-4900
cgair@gairlawgroup.com
knelson@gairlawgroup.com
theisler@gairlawgroup.com

Joseph R. Marconi
Brian C. Langs
Victor J. Pioli
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312)372-0770
marconij@jbltd.com
langsb@jbltd.com
pioliv@jbltd.com
*Attorneys for Noonan Perillo & Thut Ltd. and C. Jeffrey Thut*

/s/ Darren M. VanPuymbrouck