IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>        Defendants. | Case No. 1:16-cv-11057 |

**DEFENDANT GARY STEWART'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

        NOW COMES Defendant Gary Stewart, by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Honorable Court to dismiss Plaintiff Edelson PC's ("Edelson") amended complaint with prejudice. In support thereof, Mr. Stewart states as follows:

        1.    Mr. Stewart incorporates the arguments raised in Sections I, II, III, and V of Defendants Christopher Bandas and the Bandas Law Firm PC's Memorandum in Support of their Motion to Dismiss First Amended Complaint (Docket Number 64); as those arguments equally justify why the Court should dismiss Edelson's amended complaint against Mr. Stewart.

        2.    In addition, Mr. Stewart incorporates his Memorandum in Support of his Motion to Dismiss, which includes additional arguments that apply solely to Mr. Stewart.

WHEREFORE, for the reasons contained in the corresponding memoranda, Mr. Stewart respectfully requests the Court dismiss Edelson's amended complaint with prejudice.

>Respectfully submitted,
>
>GARY STEWART
>
>/s/ Darren VanPuymbrouck
>One of his attorneys.

Darren M. VanPuymbrouck
Alexander S. Vesselinovitch
Matthew T. Connelly
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6000
dvan@freeborn.com
avesselinovitch@freeborn.com
mconnelly@freeborn.com

Dated: April 10, 2017

## **CERTIFICATE OF SERVICE**

      By my signature below, I hereby certify that on April 10, 2017, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Rafey S. Balabanian
Benjamin Harris Richman
Eve-Lynn J. Rapp
Edelson PC
350 N. LaSalle Street, 13th Floor
Chicago, IL 60654
(312) 589-6370
rbalabanian@edelson.com
brichman@edelson.com
erapp@edelson.com
*Attorneys for Plaintiff*

Chris C. Gair
Kristi Lynn Nelson
Thomas Reynolds Heisle
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive
Suite 2600
Chicago, IL 60601
312-600-4900
cgair@gairlawgroup.com
knelson@gairlawgroup.com
theisler@gairlawgroup.com

Joseph R. Marconi
Brian C. Langs
Victor J. Pioli
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312)372-0770
marconij@jbltd.com
langsb@jbltd.com
pioliv@jbltd.com
*Attorneys for Noonan Perillo & Thut Ltd. and C. Jeffrey Thut*

                                        /s/ Darren VanPuymbrouck