IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>        Defendants. | Case No. 1:16-cv-11057<br><br>Hon. Rebecca R. Pallmeyer |

**NOONAN PERILLO & THUT LTD. AND C. JEFFERY THUT'S**
**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)**

Defendants, Noonan Perillo & Thut, Ltd., and Jeffery C. Thut (together, the "Thut Defendants"), by and through their attorneys, hereby move this Honorable Court to dismiss Plaintiff's Amended Complaint for failure to state a claim under FED. R. CIV. P. 12(b)(6) and lack of subject-matter jurisdiction under FED. R. CIV. P. 12(b)(1). In support of their motion, the Thut Defendants state as follows:

    1.    Plaintiff has filed its Amended Complaint which still fails to plead a viable cause of action against the Thut Defendants. Counts I and II (RICO), Count III (All Writs Act) and Count IV (Abuse of Process) are directed against the Thut Defendants.

2. All of Plaintiff's claims should be dismiss pursuant to FED. R. CIV. P. 12(b)(6) because Plaintiff's claims are all premised upon conduct that occurred in prior litigation. Allowing Plaintiff to pursue its claims against Defendants based upon that conduct would violate Defendants' First Amendment rights under the *Noerr-Pennington* doctrine and other litigation immunities. Further, Plaintiff has failed to plead a predicate act or a pattern of racketeering activity under federal Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1960-1968. Nor has Plaintiff sufficiently pleaded the elements necessary for its claim of abuse of process or its claim under the All Writs Act, 28 U.S.C. § 1651.

3. Further, to the extent Plaintiff's claims are premised upon conduct that occurred in state court litigation, this Court lacks subject matter jurisdiction to entertain those claims under the *Rooker-Feldman* doctrine and dismissal is warranted under FED. R. CIV. P. 12(b)(1).

4. The Thut Defendants submit their Memorandum of Law contemporaneously herewith which more fully addresses the arguments and authorities supporting their motion.

WHEREFORE, Defendants, Noonan Perillo & Thut, Ltd., and Jeffery C. Thut, respectfully request that Plaintiff's Amended Complaint be dismissed with prejudice and such other relief as the Court deems just and proper.

    Respectfully submitted,

    NOONAN PERILLO & THUT LTD. and
    C. JEFFERY THUT

    By:    /s/ Joseph R. Marconi
        One of Their Attorneys

Joseph R. Marconi (ARDC #01760173)
Victor J. Pioli (ARDC #6256527)
JOHNSON & BELL, LTD.
33 West Monroe St., Ste. 2700
Chicago, Illinois 60603

*Attorneys for Defendants,*
 *Noonan Perillo & Thut, Ltd.*
 *and C. Jeffery Thut*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Victor J. Pioli
One of the Attorneys for Defendants,
NOONAN PERILLO & THUT LTD. and
C. JEFFERY THUT