# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANDAS LAW FIRM PC, a Texas professional corporation, CHRISTOPHER BANDAS, an individual, LAW OFFICES OF DARRELL PALMER PC d/b/a DARRELL PALMER LAW OFFICE, a suspended California professional corporation, JOSEPH DARRELL PALMER, an individual, NOONAN PERILLO & THUT LTD., an Illinois corporation, C. JEFFERY THUT, an individual, GARY STEWART, an individual, and JOHN DOES 1-20,<br><br>Defendants. | Case No. 1:16-cv-11057<br><br>Judge Rebecca Pallmeyer |

## OFFER OF JUDGMENT

TO: <u>Via e-mail and By Certified Mail/Return Receipt Requested</u>
*7015 1730 0001 8558 4441*
Jay Edelson
Benjamin H. Richman
Rafey S. Balabanian
Alexander G. Tievsky
Edelson PC
350 N. LaSalle Street, 14th floor
Chicago, IL 60654

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Christopher Bandas and the Bandas Law Firm P.C. offer to allow Judgment to be entered against them in this action finding that they engaged in "the unauthorized practice of law in Illinois" and further that

4517191v1/31413-0001

the Court enter an order "enjoining Christopher Bandas and the Bandas Law Firm P.C. from the further practice of law in Illinois unless and until they obtain authorization from the Supreme Court of Illinois to practice law," as well as for a judgment for the "costs then accrued," by the Plaintiffs, to be determined by the Court pursuant to FRCP 54, not including any attorneys' fees.

Respectfully submitted,

Christopher Bandas and the Bandas Law Firm, P.C.

By: /s/ Darren VanPuymbrouck
Darren VanPuymbrouck,
One of their attorneys

Darren VanPuymbrouck
Alexander S. Vesselinovitch
Matthew T. Connelly
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
312-360-6000
dvanpuymbrouck@freeborn.com
avesselinovitch@freeborn.com
mconnelly@freeborn.com

Dated: August 10, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I served the **OFFER OF JUDGMENT** to all counsel of record as noted below:

**Via Electronic Mail and**
**Via Certified Mail/Return Receipt Requested**
7015 1730 0001 8558 4441
Jay Edelson
Benjamin H. Richman
Rafey S. Balabanian
Alexander G. Tievsky
Edelson PC
350 N. LaSalle Street, 14th floor
Chicago, IL 60654
Email: jedelson@edelson.com;brichman@edelson.com;rbalabanian@edelson.com;
   atievsky@edelson.com;


Chris C. Gair
Kristi Lynn Nelson
Thomas R. Heisler
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive
Suite 2600
Chicago, IL 60601
312-600-4900
cgair@gairlawgroup.com
**Attorneys for Defendants Noonan Perillo & Thut Ltd. and C. Jeffery Thut**

Darren M. VanPuymbrouck