IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Edelson P.C., | Case No. 16 CV 11057 |
| Plaintiff, | |
| v. | Judge Rebecca Pallmeyer |
| The Bandas Law Firm P.C. et al., | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

Gair Eberhard Nelson Dedinas, Ltd. respectfully moves the court for entry of an order granting leave to withdraw as counsel in this matter.

1. In December 2016, counsel from Gair Eberhard Nelson Dedinas, Ltd. appeared on behalf of Defendants Jeffrey Thut and Noonan Perillo & Thut ("Thut Defendants") in this matter.

2. In February 2017, Joseph Marconi took over representation of the Thut Defendants, and filed his appearance as lead counsel.

3. Movant inadvertently failed to move to withdraw as counsel at the time and seeks leave to do so now.

WHEREFORE Movant respectfully request that the court grant leave for Chris Gair, Kristi Nelson and Thomas Heisler to withdraw as counsel on behalf of the Thut Defendants.

Dated: November 12, 2018

Respectfully Submitted,

/s/ Chris Gair
Chris Gair (ARDC # 6190781)
Kristi Nelson (ARDC # 6229943)
Thomas R. Heisler (ARDC # 6296712)
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900