**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EDELSON PC, | |
| *Plaintiff*, | Case. No. 16-cv-11057 |
| v. | Hon. Rebecca R. Pallmeyer |
| THE BANDAS LAW FIRM PC, et al. | |
| *Defendants*. | |

**COUNTERDEFENDANT EDELSON PC'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Counterdefendant Edelson PC hereby moves for an extension of time to answer or otherwise plead to the counterclaims filed by Christopher Bandas and the Bandas Law Firm PC from December 24, 2018 to February 1, 2019. In support of its motion, it states as follows:

1. Good cause exists to grant the extension. First, one of the attorneys primarily responsible for preparing Edelson's response to the counterclaims has pre-planned and prepaid international travel and will have limited availability to work on this matter during the month of December. An extension is warranted to allow counsel for all parties to enjoy the holidays with their families.

2. Second, when this case was originally filed in early December 2016, Bandas's counsel requested and received a nearly identical extension to answer Edelson's complaint. (*See* dkts. 7, 12.)

3. Finally, Bandas has named a number of additional defendants who have not yet been served. To Edelson's knowledge, no summons have been issued and no waivers have been requested. Given that their interests are likely to be aligned (the new defendants are all Edelson

attorneys), it would be inefficient for Edelson to proceed on its own before the other defendants have been required to appear.

**WHEREFORE**, Counterdefendant Edelson PC respectfully requests that the Court extend the time for it to answer or otherwise plead up to and including February 1, 2019.

Respectfully submitted,

**EDELSON PC**,

Dated: December 13, 2018

By: s/ Alexander G. Tievsky
One of Its Attorneys

Benjamin H. Richman
brichman@edelson.com
Ryan D. Andrews
randrews@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that counsel for all parties are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                /s/ Alexander G. Tievsky