UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Edelson PC

                Plaintiff,

v.                                                Case No.: 1:16−cv−11057
                                                      Honorable Rebecca R. Pallmeyer

The Bandas Law Firm PC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 12/17/2019. Plaintiff's motion to compel responses to subpoenas [144] is entered an continued for briefing. Response to be filed by 12/21/2018; reply to be filed by or on 1/2/2019; hearing set for 1/3/2019 at 9:30 AM. Plaintiff's motion to compel discovery from defendants [146] is entered and continued for briefing. Response to be filed by 12/21/2018; reply to be filed by or on 1/2/2019; hearing set for 1/3/2019 at 9:30 AM. CounterDefendant Edelson PC's motion for extension of time to Answer or otherwise plead [148] is granted to and including 2/1/2019. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.