**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **EDELSON PC** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | 1:16-cv-11057 |
| | ) | |
| **The Bandas Law Firm PC et al.** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**MOTION TO CORRECT ORDER OF JANUARY 17, 2019**

**NOW COMES** the Bandas Law Firm PC and Christopher Bandas ("Bandas"), by and through its undersigned counsel, and moves for the entry of an order correcting an ambiguity in the Court's order of January 17, 2019 (the "Order") and in support thereof Bandas states as follows:

1. The Order was entered on January 17, 2019 and counsel for the Parties did not note an ambiguity in paragraph 6 until January 24, 2019.

2. Counsel for Bandas spoke with counsel for Edelson on January 25, 2019 and Edelson's counsel acknowledged that paragraph 6 is limited to currently pending cases in Illinois courts in which Edelson PC is class counsel. (*See* Declaration of Darren VanPuymbrouck attached as Exhibit A). This matter was not addressed in the Bandas motion (Dkt. ).

3. The language suggested below reflects the elimination of the ambiguity in paragraph 6 of the Order.

1

**WHEREFORE,** Christopher Bandas and the Bandas Law Firm PC, et al. ("Bandas") respectfully request that this Honorable Court correct paragraph 6 of its Final Judgement Order by substituting the following language for the current language of paragraph 6:

> Defendants having consulted with their clients, shall immediately and unconditionally withdraw all objections and filings relating to *Clark v. Gannett Co., Inc.* and *Birchmeier v. Caribbean Cruise Line, Inc.* Defendants shall have no further direct or indirect involvement in these matters. Defendants shall accept no compensation of any kind related to these matters.

Respectfully Submitted,

By: /s/ Robert P. Cummins, Esq.

Norman, Hanson & DeTroy LLC
Two Canal Plaza
P.O. Box 4600
Portland, Maine 04112
(207) 553-4712 yes there
rcummins@nhdlaw.com

 -and-

By: /s/ Darren VanPuymbrouck
Falkenberg Ives LLP
30 N LaSalle Street, Suite 4020
Chicago, Illinois 60602
312-566-4805
dvan@falkenbergives.com

Counsel for Christopher Bandas
And the Bandas Law Firm PC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019, I caused this Motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                      */s/ Darren VanPuymbrouck*

Falkenberg Ives LLP
30 N LaSalle Street, Suite 4020
Chicago, Illinois 60602
312-566-4805
dvan@falkenbergives.com

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EDELSON PC** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | **1:16-cv-11057** |
| | ) | |
| The Bandas Law Firm PC et al. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| *Defendants* | ) | |
| | ) | |

## DECLARATION OF DARREN VANPUYMBROUCK

Pursuant to 28 U.S.C. Sec. 1746, I, Darren VanPuymbrouck, hereby state as follows:

1. I am an attorney admitted to the general and trial bars of this Court, and I represent Christopher Bandas and the Bandas Law Firm PC in the above-captioned matter.

2. As set forth in the attached Motion and following the entry of the Order of January 17, 2019, an ambiguity and drafting oversight in paragraph 6 was discovered on January 24, 2019.

3. On the following day on January 25, 2019, I called this ambiguity to Edelson's counsel's attention and they agreed that paragraph 6 is limited to currently pending cases in Illinois Courts in which Edelson PC is class counsel.

4. This is an issue not addressed in Bandas' motion for judgment on the pleadings.

5. As set forth in the Motion, we have suggested language that eliminates the ambiguity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2019 at Chicago Illinois.

*/s/ Darren VanPuymbrouck*